UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR BOVIO,

        Petitioner,

v.

UNITED STATES PAROLE
COMMISSION

        Respondent.
        _____/

CIVIL ACTION NO. 06-15213

DISTRICT JUDGE AVERN COHN

## ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO FILE OBJECTION

Before the Court is the petitioner's request for an extension of time to file objection to the February 26, 2008 Magistrate Judge's Report and Recommendation. Upon review of the docket the Report and Recommendation was returned as undeliverable on March 07, 2008 and re-mailed on March 12, 2008. Therefore,

**IT IS HEREBY ORDERED** that the request is **GRANTED**.


Dated: March 31, 2008
        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record and Arthur Bovio, 08844-424, FMC Rochester, P.O. Box 4000, Rochester, MN 55903 on this date, March 31, 2008, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160